**No. 47724.**—Protests 974738–G, etc., of Caradine Hat Co. et al. (St. Louis).

Opinion by Tilson, J. Certain of the merchandise, consisting of "8-Bu paper hats," known as harvest hats, was held dutiable as claimed.

**No. 47725.**—Protests 929332–G, etc., of Lou I. Lubin, Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 47291, hats in chief value of ramie, not blocked or trimmed, and not bleached, dyed, colored, or stained, were held dutiable at only 25 percent ad valorem under paragraph 1504 (b) (1) as claimed.

**No. 47726.**—Protests 874790–G, etc., of A. D. Cohen Co. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 47291, racello hats or hoods, not bleached, dyed, colored or stained, and not blocked or trimmed, were held dutiable at only 25 percent ad valorem under paragraph 1504 (b) (1) as claimed.

Before the First Division, November 18, 1942

**No. 47727.**—Protest 982595–G of Edward Hines Pacific Coast Lumber Co. (San Francisco).

Opinion by Walker, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith, it was held that the tax imposed should have been assessed on the basis of the condition in which imported and that no addition should have been made for planing, tonguing, and grooving. Protest sustained to this extent.

**No. 47728.**—Protest 915086–G of A. Schnuerer, Inc. (New York).

Opinion by Walker, J. In accordance with stipulation of counsel and on the authority of *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229), the protest was sustained.

**No. 47729.**—Protest 68891–K of N. Y. Merchandise Co., Inc. (Los Angeles).

Opinion by Walker, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30), the claim at only 50 percent under paragraph 1506 was sustained.